IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT D. HALL**                                                                         **PLAINTIFF**

v.                              **CASE NO. 4:22-CV-00622-BSM**

**DOES**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE